**Israel CUEVAS–ALARCON, Petitioner**

v.

**Loretta E. LYNCH[1], Respondent.**

**No. 14–2283.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 29, 2015.

Filed: July 2, 2015.

Daniel Vondra, Cole & Vondra, Iowa City, IA, for Petitioner.

Jessica Dawgert, Karen Yolanda Drummond, Carl H. Mcintyre, M. Jocelyn Lopez Wright, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

**PER CURIAM.**

Israel Cuevas–Alarcon petitions for review of an order issued by the Department of Homeland Security reinstating a prior removal order against him. For reversal, Cuevas–Alarcon argues that the reinstate-

---

1. Loretta E. Lynch has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

ment violates due process because the underlying removal order is legally deficient. This challenge is not properly before us: the prior removal order "is not subject to being reopened or reviewed," *see* 8 U.S.C. § 1231(a)(5), and Cuevas–Alarcon has not raised any colorable constitutional or legal claim appropriate for appellate review, *see Molina Jerez v. Holder*, 625 F.3d 1058, 1062, 1067–68 (8th Cir.2010) (describing limited appellate jurisdiction to review reinstatement order; mere recitation of constitutional or legal terms is insufficient to invoke jurisdiction).

Accordingly, the petition is denied. *See* 8th Cir. R. 47B.